'and-Delivered

FILED
CHARLOTTE, NC

SEP 23 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| JPMorgan Chase Bank, N.A | ) | Case No. 24 CVD 2588 |
| | ) | 3:24-CV-856-FDW |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| | ) | **NOTICE OF REMOVAL** |
| MARK MULLADY | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF REMOVAL

To the Honorable Judges of the United States District Court for the Western District of North Carolina: Pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, Defendant Mark Paul Mullady ("Defendant"), proceeding pro se, hereby gives notice of the removal of this action from the General Court of Justice, District Court Division, Union County, North Carolina, where it is currently pending as Case No. 24CVD2588, to the United States District Court for the Western District of North Carolina. In support of this Notice of Removal, Defendant states as follows:

1. State Court Action

Plaintiff JPMorgan Chase Bank, N.A. commenced this action against Defendant Mark Paul Mullady in the General Court of Justice, District Court Division, Union County, North Carolina, Case No. 24CVD2588. Defendant was served with the Summons and Complaint in this matter on the 24th day of August, 2024.

1

## 2. Grounds for Removal – Federal Question Jurisdiction

This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1331 because Defendant's counterclaims arise under the Constitution, laws, or treaties of the United States. Specifically, Defendant's counterclaims involve substantial questions of federal law, including:

- The *Federal Reserve Act*, 12 U.S.C. § 504, under which Defendant seeks civil penalties;
- The *Truth in Lending Act*, 15 U.S.C. § 1640, which provides for damages related to Plaintiff's credit reporting and financial practices;
- The *Currency and Foreign Transactions Reporting Act*, 31 U.S.C. § 5321, which provides for penalties related to Plaintiff's failure to honor negotiable instruments and other financial obligations.

Defendant's counterclaims directly arise under these federal statutes, making this Court's federal question jurisdiction under 28 U.S.C. § 1331 proper.

## 3. Grounds for Removal – Diversity of Citizenship Jurisdiction

In addition to federal question jurisdiction, this Court also has jurisdiction under 28 U.S.C. § 1332 because the parties are citizens of different states and the amount in controversy exceeds $75,000.

- Diversity of Citizenship: Plaintiff JPMorgan Chase Bank, N.A. is a national banking association with its principal place of business in Ohio. Defendant MARK PAUL MULLADY is a citizen of North Carolina, residing in Union County, North Carolina.
- Amount in Controversy: Defendant's counterclaims seek damages and penalties exceeding the federal jurisdictional threshold of $75,000. Specifically, Defendant seeks:
- Second Tier Penalties under 12 U.S.C. § 504, calculated at $25,000 per day for 30 days over a 12-month period, totaling $9,000,000.
- Third Tier Penalties under 12 U.S.C. § 504, calculated at $1,000,000 per month for 12 months, totaling $12,000,000.
- Additional damages under 15 U.S.C. § 1640 and 31 U.S.C. § 5321.

2

- The total amount in controversy exceeds $21,000,000, thus satisfying the amount-in-controversy requirement under 28 U.S.C. § 1332.

## 4. Timeliness of Removal

This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is filed within 30 days of Defendant's receipt of the Complaint. Defendant was served with the Complaint on August 24th, 2024, and this Notice of Removal is being filed on or before September 23rd, 2024, within the 30-day statutory period for removal.

## 5. Compliance with Removal Procedures

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon the Defendant in the state court action are attached hereto as Exhibit A.

In compliance with 28 U.S.C. § 1446(d), Defendant will promptly file a copy of this Notice of Removal with the Clerk of the General Court of Justice, District Court Division, Union County, North Carolina, where the action is currently pending, and will give written notice thereof to Plaintiff.

## 6. Venue

Venue is proper in this Court under 28 U.S.C. § 1441(a) because the state court action was filed in Union County, North Carolina, which is within the Western District of North Carolina.

## 7. Preservation of Affirmative Defenses

In filing this Notice of Removal, Defendant does not waive any defenses available under federal or state law, including but not limited to waiver, estoppel, unclean hands, failure to state a claim, and preclusion of arbitration.

3

## PRAYER FOR RELIEF

WHEREFORE, Defendant MARK PAUL MULLADY respectfully requests that this Court assume jurisdiction over this action and that all further proceedings in the General Court of Justice, District Court Division, Union County, North Carolina, Case No. 24CVD2588, be discontinued. Respectfully submitted this 23rd day of August, 2024

s/Mark Mullady
Mark Mullady
Phone # (631)831-6001
9024 Random Rd
Waxhaw, NC 28173
markmullady72@gmail.com
Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the interested parties.

Marley N.Grim
1313 WestbrookPlaza Dr.,
Winston Salem, NC27103
Telephone:(888)461-7908
Fax:(336) 354-1588
Attorney for Plaintiff
JPMorgan Chase Bank, N.A.

4