IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Case Number: 3:24-CV-856-FDW-SCR

JPMORGAN CHASE BANK, N.A.,

    Plaintiff,

v.

MARK MULLADY,

    Defendant.

**NOTICE OF APPEARANCE**

NOW COMES B. Chad Ewing of the law firm of Womble Bond Dickinson (US) LLP, admitted to practice by this Court, and files this entry of appearance as counsel for Plaintiff JPMorgan Chase Bank, N.A. in the above-captioned action.

This the 23rd day of October, 2024.

/s/ B. Chad Ewing
B. Chad Ewing (N.C. State Bar No. 27811)
WOMBLE BOND DICKINSON (US) LLP
One Wells Fargo Center, Suite 3500
301 South College Street
Charlotte, NC 28202-6037
Telephone: (704) 331-4996
Facsimile: (704) 338-7854
E-Mail: chad.ewing@wbd-us.com
***Attorneys for Plaintiff JPMorgan Chase Bank, N.A.***