IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Case Number: 3:24-CV-856-FDW-SCR

JPMORGAN CHASE BANK, N.A.,

        Plaintiff,

v.

MARK MULLADY,

        Defendant.

**PLAINTIFF'S MOTION TO REMAND**

NOW COMES Plaintiff JPMorgan Chase Bank, N.A., by and through its undersigned counsel and pursuant to 28 U.S.C. § 1447, and herby moves this Court for entry of an order remanding this case to the Union County, North Carolina, General Court of Justice, District Division. In support of this Motion, Plaintiff has filed its Memorandum in Support of Plaintiff's Motion to Remand herewith.

WHEREFORE, Plaintiff respectfully prays for an order of this Court remanding this case to the Union County, North Carolina, General Court of Justice, District Division.

This the 23rd day of October, 2024.

*/s/ B. Chad Ewing*
B. Chad Ewing (N.C. State Bar No. 27811)
Womble Bond Dickinson (US) LLP
One Wells Fargo Center, Suite 3500
301 South College Street
Charlotte, NC 28202-6037
Telephone: (704) 331-4996
Facsimile: (704) 338-7854
E-Mail:  chad.ewing@wbd-us.com
***Attorneys for Plaintiff JPMorgan Chase Bank,***
***N.A.***